

# Missouri Court of Appeals
## Southern District

**AUGUST 21, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.     Case No.  SD33717 & SD33718 (Consolidated)

     Re:    IN THE INTEREST OF:
               D.D.H. and D.J.H., Minors,
               GREENE COUNTY JUVENILE
               OFFICE,
               Petitioner-Respondent,
               vs.
               L.M.H.,
               Respondent-Appellant.